N° 59
Petition of
the Marshall ag^{st}
the treasurer
filed in court 8th Sept^{ber} 1808
PETER AUDRAIN    clk

*To the honourable the Judges of the Supreme Court—*

The petition of the subscriber respectfully sheweth—That the auditor of Public accounts, hath refused to allow the Marshal, for serving process, in all criminal cases, or any milage on the same, that he refuses to allow services on Writs of Attachment, or Writs of Habeas Corpus, altho served by order and in presence of the Court.—refuses to allow the service to the United States, in Civil actions—and also the payment of Jurors in cases of In-quisition.                    W^{M} SCOTT    Marshal

[In the handwriting of William McDowell Scott]

In the district Court                    12. august
RTBL^{e} on the third monday in august 1809.
*Elijah Brush*      ⎫
     *vs*           ⎬
*William, M. G. Bucklen* ⎭

TERRITORY OF MICHIGAN
DISTRICT OF HURON & DETROIT } *To the Marshall of the district of Huron*
*& Detroit* GREETING:

In the name of the district of Huron & Detroit, you are hereby commanded to take the body of William M. G. Bucklen, if to be found within your precinct, and him Safely Keep so that you have him to appear before our district court to be holden at Detroit on the third monday of August instant then & there to answer Elijah Brush  In an action of trespass on the case to the damage of the said plaintiff, as he says, forty nine dollars & fifty cents[*] to Recover which, with just costs, he brings this suit. Thereof fail not, but of this writ with your proceedings therein, make due return. Dated at Detroit the twelfth day of august one thousand eight hundred nine.

PETER AUDRAIN    clerk D. C.

[* *Note:* The amount first written was "fifty dollars."]

Decl[n]

*E Brush*

*vs*

*W[m] Buckland*

filed in court 2[d] Sept[ber] 1809

TERRITORY OF MICHIGAN   IN THE DISTRICT COURT OF THE DISTRICT OF HURON & DETROIT

William M. G. Buckland was attached to answer unto Elijah Brush in a plea of trespass on the case whereupon the said Elijah in his own proper person complains for that whereas the said William on the 30th day of March in the year of our Lord 1809 towit at Detroit in the District and Territory aforesaid made his certain note in writing commonly called a promisory note his own proper hand writing being thereunto subscribed and then and there delivered the said note to the said Elijah and thereby promised for Value rec[d] to pay the said Elijah by the name of Elijah Brush or order by the fifteenth day of April next (meaning April next ensuing the date of said note) forty seven dollars twenty five cents  By reason whereof the said